# DENIED
# BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA GORTON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND F/K/A WACHOVIA MORTGAGE, FSB; NDEX WEST, L.L.C.; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 8:12-cv-01245-JVS-MLG<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

**ORDER TO SHOW CAUSE**

To Defendants WELLS FARGO BANK, N.A., A/K/AWACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND F/K/A WACHOVIA MORTGAGE,

1

FSB; NDEX WEST, L.L.C.: Based upon the verified complaint filed in this action and on the declarations filed herewith, you are ordered to appear on _____ at _____ a.m. / p.m. in Courtroom __ of this Court located at United States District Court, Central District of California, County of Orange, located at _____, to show cause why a preliminary injunction should not be ordered to stay the foreclosure sale set for September 17, 2012 at 12:00 p.m., on Plaintiff's residence located at **156 Stanford Lane, Seal Beach, CA 90740 (hereinafter "Property")**, and restraining and enjoining you and your employees and agents, or any other persons acting with you or on your behalf from transferring ownership of or further encumbering the subject property.

### INJUNCTIVE RELIEF

Pending hearing on the Order to Show Cause, you, your employees and agents, and any other persons acting with you or on your behalf are ordered to stay the foreclosure sale set for September 17, 2012 on the subject property, and you are further restrained and enjoined from transferring ownership of or further encumbering the property located **156 Stanford Lane, Seal Beach, CA 90740.**

### IT IS FURTHER ORDERED

This Order to Show Cause and Injunctive Relief and supporting papers shall be served on Defendants no later than _____ by personal service/facsimile transmission/overnight mail. Proof of such service shall be filed at least _____ court days prior to the hearing.

Any opposition papers to the Order to Show Cause shall be filed and served on Plaintiff by personal service/facsimile transmission/overnight mail no later than _____.

/ / /

/ / /

[PROPOSED] ORDER

1  Any reply papers to the opposition shall be filed and served on Defendants by personal
2  service/facsimile transmission/overnight mail no later than _____.
3  The restraining order granted herein shall expire on _____.

4

5

6  Date:  September 14, 2012

**DENIED**
BY ORDER OF THE COURT
_____
7  District Court Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28